Terry Gross, terry@gba-law.com (103878)
Adam Belsky, adam@gba-law.com (147800)
Monique Alonso, Monique@gba-law.com (127502)
Ben Feuer, ben@gba-law.com (247502)
GROSS BELSKY ALONSO LLP
180 Montgomery Street, Suite 2200
San Francisco, CA 94104
Tel: (415)544-0200
Fax: (415)544-0201

Attorneys for Plaintiff Jane Tyska

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| JANE TYSKA, an individual,<br><br>  Plaintiff,<br><br> v.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT, ART MICHEL, and DOES 1-20, inclusive,<br><br>  Defendant. | Case No.: 09-cv-05727-MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CMC AND RESPONSE DATES PENDING MEDIATION** |

WHEREAS the complaint in this action was filed on December 4, 2009, the Joint Case Management Conference Statement and the parties Rule 26(f) Reports are due March 4, 2010, and a Case Management Conference is currently scheduled for 10:00 a.m. on March 11, 2010;

WHEREAS Defendant Oakland School District has been served a copy of the complaint, but defendant Art Michel has not been served a copy of the complaint,

WHEREAS, plaintiff and the served defendant desire to mediate this matter through JAMS, and to do so prior to incurring any additional costs and fees through the filing of responsive pleadings, discovery, service of process or other court proceedings. Moreover, service of the complaint on Defendant Art Michel is not necessary for the purposes of a meaningful mediation, though plaintiffs intend to serve defendant Michel as soon as possible.

IT IS STIPULATED by the parties to the above-referenced action, by and through their respective counsel of record, that this matter will be mediated through JAMS no later than May

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC AND RESPONSE DATES PENDING MEDIATION, CASE NO.: 09-CV-05727-MEJ

28, 2010.

IT IS FURTHER STIPULATED that all pleadings, responses thereto, and discovery will be stayed and held in abeyance pending the outcome of mediation; that the limitation date prescribed by Federal Rule of Civil Procedure 4(m) will be stayed until June 30, 2010; and that the Case Management Conference scheduled for 10:00 a.m. on March 11, 2010, will be continued to 10:00 a.m. on June 18, 2010. All other deadlines specified in the Court's December 4, 2009 Order Setting Initial Case Management Conference and ADR Deadlines and the Case Management Standing Order for Magistrate Judge Maria-Elena James shall be continued accordingly.

Dated: March 4, 2010　　　　　　　　　　GROSS BELSKY ALONSO LLP

By: /s/ Ben Feuer
BEN FEUER, Esq.

Attorneys for Plaintiff JAYNE TYSKA

Dated: March 4, 2010　　　　　　　　　　STUBBS & LEONE

By: /s/ Louis A. Leone
LOUIS A. LEONE, Esq.

Attorneys for Defendant
OAKLAND UNIFIED SCHOOOL DISTRICT

**IT IS ORDERED THAT:**

1. All pleadings, responses thereto, and discovery will be stayed and held in abeyance pending the outcome of mediation.

2. The limitation date prescribed by Federal Rule of Civil Procedure 4(m) will be stayed until June 30, 2010.

3. The Case Management Conference scheduled for 10:00 a.m. on March 11, 2010, shall be continued to 10:00 a.m. on June ~~18~~ 17, 2010.

4. All other deadlines specified in the Court's December 4, 2009 Order Setting

Initial Case Management Conference and ADR Deadlines and the Case Management Standing Order for Magistrate Judge Maria-Elena James shall be continued accordingly.

Dated: March 8, 2010

_____
HON. MARIA-ELENA JAMES
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC AND RESPONSE DATES PENDING MEDIATION, CASE NO.: 09-CV-05727-MEJ

28, 2010.

IT IS FURTHER STIPULATED that all pleadings, responses thereto, and discovery will be stayed and held in abeyance pending the outcome of mediation; that the limitation date prescribed by Federal Rule of Civil Procedure 4(m) will be stayed until June 30, 2010; and that the Case Management Conference scheduled for 10:00 a.m. on March 11, 2010, will be continued to 10:00 a.m. on June 18, 2010. All other deadlines specified in the Court's December 4, 2009 Order Setting Initial Case Management Conference and ADR Deadlines and the Case Management Standing Order for Magistrate Judge Maria-Elena James shall be continued accordingly.

Dated: March 4, 2010

GROSS BELSKY ALONSO LLP

By: /s/ Ben Feuer
BEN FEUER, Esq.

Attorneys for Plaintiff JAYNE TYSKA

Dated: March 4, 2010

STUBBS & LEONE

By:
LOUIS A. LEONE, Esq.

Attorneys for Defendant
OAKLAND UNIFIED SCHOOOL DISTRICT

**IT IS ORDERED THAT:**

1. All pleadings, responses thereto, and discovery will be stayed and held in abeyance pending the outcome of mediation.

2. The limitation date prescribed by Federal Rule of Civil Procedure 4(m) will be stayed until June 30, 2010.

3. The Case Management Conference scheduled for 10:00 a.m. on March 11, 2010, shall be continued to 10:00 a.m. on June 18, 2010.

4. All other deadlines specified in the Court's December 4, 2009 Order Setting

# CERTIFICATE OF SERVICE

**RE:** *Jane Tyska v. Oakland Unified School District, et. al.,*
**Case No. 3:09-cv-05727 MEJ**

    I am a citizen of the United States and employed in the County of San Francisco, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is GROSS BELSKY ALONSO LLP, 180 Montgomery Street, Suite 2200, San Francisco, CA, 94104. On the date set forth below, I served the following documents in the manner indicated on the below named parties and/or counsel of record:

- **STIPULATION AND [PROPOSED] ORDER CONTINUING CMC AND RESPONSE DATES PENDING MEDIATION**

___ **Facsimile** transmission from (415) 544-0201 during normal business hours, complete and without error on the date indicated below, as evidenced by the report issued by the transmitting facsimile machine.

_XX_ **U.S. Mail**, with First Class postage prepaid and deposited in a sealed envelope at San Francisco, California.

| | |
|---|---|
| Luis A. Leone, Esq. | Attorney for Defendant Oakland Unified |
| STUBBS & LEONE | School District |
| 2175 N. California Blvd., Suite 900 | |
| Walnut Creek, CA 94596 | |
| Tel: 925-974-8600 | |
| Fax: 925-974-8601 | |

    I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service, and said correspondence would be deposited with the United States Postal Service at San Francisco, California that same day in the ordinary course of business.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on March 4, 2010 at San Francisco, California.

                                             /s/ Jessica Dean
                                             JESSICA DEAN