Terry Gross, terry@gba-law.com (103878)
Adam Belsky, adam@gba-law.com (147800)
Monique Alonso, Monique@gba-law.com (127502)
Ben Feuer, ben@gba-law.com (247502)
GROSS BELSKY ALONSO LLP
180 Montgomery Street, Suite 2200
San Francisco, CA 94104
Tel: (415)544-0200
Fax: (415)544-0201

Attorneys for Plaintiff Jane Tyska

LOUIS A. LEONE, ESQ. lleone@stubbsleone.com (SBN: 099874)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone:   (925) 974-8600
Facsimile:   (925) 974-8601

Attorneys for Defendant
OAKLAND UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| JANE TYSKA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT, ART MICHEL, and DOES 1-20, inclusive,<br><br>Defendant. | Case No.: 09-cv-05727-MEJ<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING CMC AND RESPONSE DATES PENDING MEDIATION** |

WHEREAS the complaint in this action was filed on December 4, 2009, the Joint Case Management Conference Statement and the parties Rule 26(f) Reports were due March 4, 2010, and a Case Management Conference was scheduled for 10:00 a.m. on March 11, 2010;

WHEREAS Defendant Oakland School District has been served a copy of the complaint, but defendant Art Michel has not been served a copy of the complaint,

AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING CMC AND RESPONSE DATES PENDING MEDIATION, CASE NO.: 09-CV-05727-MEJ

WHEREAS, the plaintiff and served defendant desire to mediate this matter through JAMS, and to do so prior to incurring any additional costs and fees through the filing of responsive pleadings, discovery, service of process or other court proceedings. Moreover, service of the complaint on defendant Art Michel is not necessary for the purposes of a meaningful mediation, though plaintiff has been negotiating with defendant Michel's attorney to effect service.

WHEREAS, the parties entered into a stipulation, signed by this Court on March 8, 2010 (Dkt. #6), staying all proceedings pending a mediation to be scheduled on or before May 28, 2010. The parties by this Amended Stipulation and Proposed Order seek to modify the dates set by the March 8, 2010 Order so to allow the mediation process to occur without incurring additional costs and attorney fees.

WHEREAS, the plaintiff and served defendant have signed agreements with JAMS to mediate this matter on June 2, 2010, using the services of the Honorable David A. Garcia (Ret.).

IT IS STIPULATED that all pleadings, responses thereto, and discovery will be stayed and held in abeyance pending the outcome of mediation; that the limitation date prescribed by Federal Rule of Civil Procedure 4(m) will be stayed until July 30, 2010; and that the Case Management Conference scheduled for 10:00 a.m. on June 17, 2010, will be continued to 10:00 a.m. on July 8, 2010. All other deadlines specified in the Court's December 4, 2009 Order Setting Initial Case Management Conference and ADR Deadlines and the Case Management Standing Order for Magistrate Judge Maria-Elena James shall be continued accordingly.

Dated: April 13, 2010

GROSS BELSKY ALONSO LLP

By: /s/ Ben Feuer
BEN FEUER, Esq.

Attorneys for Plaintiff JAYNE TYSKA

Dated: April 13, 2010

STUBBS & LEONE

By: /s/
LOUIS A. LEONE, Esq.
Attorneys for Defendant
OAKLAND UNIFIED SCHOOOL DISTRICT

AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING CMC AND RESPONSE DATES PENDING MEDIATION, CASE NO.: 09-CV-05727-MEJ

**IT IS ORDERED THAT:**

1. All pleadings, responses thereto, and discovery will be stayed and held in abeyance pending the outcome of mediation.

2. The limitation date prescribed by Federal Rule of Civil Procedure 4(m) will be stayed until June 30, 2010.

3. The Case Management Conference scheduled for 10:00 a.m. on June 17, 2010, shall be continued to 10:00 a.m. on July 8, 2010.

4. All other deadlines specified in the Court's December 4, 2009 Order Setting Initial Case Management Conference and ADR Deadlines and the Case Management Standing Order for Magistrate Judge Maria-Elena James shall be continued accordingly.

Dated: April 14, 2010

HON. MARIA-ELENA JAMES
United States Magistrate Judge

AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING CMC AND RESPONSE DATES PENDING MEDIATION, CASE NO.: 09-CV-05727-MEJ