Terry Gross, terry@gba-law.com (103878)
Adam Belsky, adam@gba-law.com (147800)
Monique Alonso, Monique@gba-law.com (127502)
Ben Feuer, ben@gba-law.com (247502)
GROSS BELSKY ALONSO LLP
180 Montgomery Street, Suite 2200
San Francisco, CA 94104
Tel: (415)544-0200
Fax: (415)544-0201

Attorneys for Plaintiff Jane Tyska

LOUIS A. LEONE, ESQ. lleone@stubbsleone.com (SBN: 099874)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:      (925) 974-8600
Facsimile:      (925) 974-8601

Attorneys for Defendant
OAKLAND UNIFIED SCHOOL DISTRICT

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| JANE TYSKA, an individual, | Case No.: 09-cv-05727-MEJ |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING CMC AND RESPONSE DATES PENDING BOARD APPROVAL OF SETTLEMENT AGREEMENT |
| v. | |
| OAKLAND UNIFIED SCHOOL DISTRICT, ART MICHEL, and DOES 1-20, inclusive, | |
| Defendant. | |

WHEREAS the complaint in this action was filed on December 4, 2009, the Joint Case Management Conference Statement and the parties Rule 26(f) Reports are due July 1, 2010, and a Case Management Conference is currently scheduled for 10:00 a.m. on July 8, 2010;

1

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC AND RESPONSE DATES PENDING FINAL
SETTLEMENT, CASE NO.: 09-CV-05727-MEJ

1   WHEREAS Defendant Oakland School District has been served a copy of the complaint,

2   but defendant Art Michel has not been served a copy of the complaint;

3   WHEREAS this matter was mediated through JAMS on June 2, 2010;

4   WHEREAS plaintiff and the served defendant reached a settlement agreement as to all

5   claims and all parties contingent upon approval of the Governing Board of the Oakland Unified

6   School District;

7   WHEREAS the served defendant will present the settlement agreement to the Governing

8   Board of the Oakland Unified School District and seek Board approval of said agreement on

9   June 30, 2010;

10   WHEREAS the parties filed a stipulation and [proposed] order that was approved and

11   signed by Magistrate Judge Maria-Elena James on April 14, 2010 (Doc#8), and the parties by

12   this Stipulation and Proposed Order now seek to modify the dates set by the April 14, 2010

13   Order to allow the served defendant to seek Board approval of the settlement agreement and the

14   parties to finalize the settlement agreement if Board approval is obtained;

15   IT IS STIPULATED that all pleadings, responses thereto, and discovery will be stayed

16   and held in abeyance pending approval of the settlement agreement by the Governing Board of

17   the Oakland Unified School District on June 30, 2010; that the limitation date prescribed by

18   Federal Rule of Civil Procedure 4(m) will be stayed until July 30, 2010; and that the Case

19   Management Conference scheduled for 10:00 a.m. on July 8, 2010, will be continued to 10:00

20   a.m. on August 12, 2010.  All other deadlines specified in the Court's December 4, 2009 Order

21   Setting Initial Case Management Conference and ADR Deadlines and the Case Management

22   Standing Order for Magistrate Judge Maria-Elena James shall be continued accordingly.

23   Dated: June __, 2010                GROSS BELSKY ALONSO LLP

24
                                        By: _____
25
                                        BEN FEUER, Esq.
26                                      Attorneys for Plaintiff JAYNE TYSKA

///
27
///
28

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC AND RESPONSE DATES PENDING FINAL
SETTLEMENT, CASE NO.: 09-CV-05727-MEJ

Dated: June 11, 2010                    STUBBS & LEONE

                                        By: /s/ Louis A. Leone
                                        LOUIS A. LEONE, Esq.

                                        Attorneys for Defendant
                                        OAKLAND UNIFIED SCHOOOL DISTRICT

**IT IS ORDERED THAT:**

1.      All pleadings, responses thereto, and discovery will be stayed and held in abeyance pending approval of the settlement agreement by the Governing Board of the Oakland Unified School District on June 30, 2010.

2.      The limitation date prescribed by Federal Rule of Civil Procedure 4(m) will be stayed until July 30, 2010.

3.      The Case Management Conference scheduled for 10:00 a.m. on July 8, 2010, shall be continued to 10:00 a.m. on August 12, 2010.

4.      All other deadlines specified in the Court's December 4, 2009 Order Setting Initial Case Management Conference and ADR Deadlines and the Case Management Standing Order for Magistrate Judge Maria-Elena James shall be continued accordingly.

Dated:  June 15, 2010

                                        _____
                                        HON. MARIA-ELENA JAMES
                                        United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC AND RESPONSE DATES PENDING FINAL SETTLEMENT, CASE NO.: 09-CV-05727-MEJ