1  TERRY GROSS, ESQ. (SBN: 103878)
2  ADAM BELSKY, ESQ. (SBN: 147800)
   MONIQUE ALONSO, ESQ. (SBN: 127502)
3  BEN FEUER, ESQ. (SBN: 247502)
   **GROSS BELSKY ALONSO LLP**
4  180 Montgomery Street, Suite 2200
   San Francisco, CA 94104
5  Telephone:   (415)544-0200
6  Facsimile:   (415)544-0201

7  Attorneys for Plaintiff
8  JANE TYSKA

9  LOUIS A. LEONE, ESQ. (SBN: 099874)
   **STUBBS & LEONE**
10 A Professional Corporation
11 2175 N. California Blvd., Suite 900
   Walnut Creek, CA  94596
12 Telephone:   (925) 974-8600
   Facsimile:   (925) 974-8601
13

14 Attorneys for Defendant
   OAKLAND UNIFIED SCHOOL DISTRICT
15
                    UNITED STATES DISTRICT COURT
16
            NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION
17

| JANE TYSKA, an individual, | Case No.:  C09-05727 |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE (FRCP 41(a)(1)(ii)) |
| vs. | |
| OAKLAND UNIFIED SCHOOL DISTRICT, ART MITCHELL, and DOES 1-20 inclusive, | |
| Defendants. | |

THE PARTIES BY AND THROUGH THEIR UNDERSIGNED COUNSEL OF RECORD DO HEREBY STIPULATE AND AGREE THAT pursuant to the terms of the

---
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

1

settlement agreement reached between the parties, this action shall be dismissed in its entirety with prejudice; each party to bear his or her own costs and attorneys' fees.

IT IS SO STIPULATED:

Dated: 7.29

STUBBS & LEONE

_____
LOUIS A. LEONE, ESQ.
Attorneys for Defendant
OAKLAND UNIFIED SCHOOL DISTRICT

Dated: July 28, 2010

GROSS, BELSKY ALONSO

_____
TERRY GROSS, ESQ.
Attorney for Plaintiff
JANE TYSKA

### ORDER

Pursuant to the stipulation of the parties, this action is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Each party shall bear his or her own costs and attorneys' fees.

IT IS SO ORDERED:

DATED: July 29, 2010

_____
MARIA ELENA-JAMES
Chief Magistrate Judge